# United State Federal District Court – Southern District of Florida

23-cv-62215-RAR

### Case No. : 22..................-CIV-................

**Peter SPOREA** (not a Corp.) (hereby "Sporea's")
11450 NW 45th Street, Coral Springs, Florida 33065
(954) 856 –1139
Petitioner:
Vs.

**Broward County Clerk of Court** (hereby "*Clerk Brenda*")
Office of Attorney, Respectfully submitted
Office of Clerk of Court 201 SE 6th Street, Ft. Lauderdale, Florida 33301…(954)
Respondent:

FILED BY _MC_ D.C.
NOV 20 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

\US A Federal Court has Jurisdiction over Court of Circuit and Appeals' disputing the Constitution (Florida)

Case against Circuit Court Breaches / Defaults / ex-parte actions…
Part of is Circuit Court Case No: 20-0013268 (Adm Div)

## Complaint to US Federal Court (De Novo)
(or Amended to Complaint 22-62146-CIV –Dimitrouleas…12/05/2022)

**COMES NOW**, Petitioner / Plaintiff(s), *Peter SPOREA* (not a Corp.),

is suing Respondent / Defendant(s) *Broward County Clerk of Court (doing business in Broward County, FLORIDA)*,

hereby file this **Complaint** and alleges as follow:

i

Plaintiff Peter SPOREA filed **Simple Circuit Court Action**

A *PRO SE* Litigant with pleadings constructed more liberally than drafted by attorney

(see *Hains v. Kerner*, 404 U.S. 519, 520-21 (1972); *See also Miller v. Donald*, 541 F. 3d 1091, 1100 (11th Cir. 2008) ("*pro se pleadings are held to a less stringent standard than those pleadings drafted by attorneys and will, therefore, be liberally constructed*")

(this is very "virtually coherent" with rights and relief requested with factual allegations Complaint Demands)

SPOREA's Claim was Stated very detailed on his best knowledge and researches on this multiple Counts…"liberally constructed"…complying with 28 U.S.C. $ 1915(e)(2)(B)(ii)
**Note:** one "incoherent count" shall not dismiss the whole Case/complaint.

6

## General Allegations:

But 17 Judicial **Circuit Court Clerk** and **4DCA Clerk** is ignoring The Federal & Florida State Articles, Statutes and Laws…Florida Constitution (Article I Section 21 thru 24…Article III & v), refuse filings/proceedings of the Circuit Court filings…and filed Notice of Appeal to 4DCA

**Wherefore:** Peter SPOREA states that **No Clerk or Judge** can or shall do "Pro See Prohibitions and Dismissals"…
or Dismiss the Complaints because had been denied by Defendants

(actually each Defendant is denying the Complaints against them,

but Judges never Dismiss the Cases or Cause of Action…

without any DO-Process (like Discovery…or TRIALS)

and only an <u>Administrator Judge</u> after Petitioneer Proved of over-five-actions-judged-against

Petitioner in last-five-years…can request a **Bond** (and in case of nonpayment do **"Pro See" Prohibitions**)

## Count I – Breach of Judges Directions and Orders

Only the Judge assigned for the case can and has authority to Determine if a Case / Complaint is

"virtually coherent" with rights and relief requested with factual allegations…and allow the

Case/Compliant to Proceed…or request an amended one (citing the objections)…

but no Judge will Rule against **filing** the Complaint…

or against filed Complaint or Case **in the middle** of proceedings…

or purge unilateral/ex-parte one party while allowing the other party to proceed…

favoring one party so that party will **win** as no opposing party allowed in court…

<u>This CLERK did that…partnering with the Lender to assure his WINNIBG…</u>

**This CLERK in the middle of proceeding** (14-003212-04) **barred** SPOREA's from any

<u>additional filings</u>…while the other Party (Lender "Regions") was allowed to file Motions and

7

# Summary Relief Requested

**Therefore Relief Requested:** Peter SPOREA respectful request

USA Federal Court take jurisdiction…

and just **Acknowledge** "SPOREA's" RIGHT to FREE Court Access, Fillings, Processing…
28 U.S.C. $ 1331 and 1332

on their Pursuance & **Recover** the Costs and Damages (Personal and Health)

and **Properties** located at: 5041 NW 112 Dr, Coral Springs, Florida 33076…

and 260 SW 6th Street, Pompano Beach, Florida 33065…with all the Costs/Incomes

**Wherefore:** Peter SPOREA states that Florida Constitution and et al

(Article I Section 21 thru 24…Article III & v), 28 U.S.C. $ 1331 and 1332

Prohibits Courts from **refusing** filings/proceedings / ex-parte (partnership) actions favoring one party to win

(like: Circuit Court filings…and filed Notice of Appeal to 4DCA)

## Affidavit of Service and Certificate of Compliance

_____Peter Sporea_____    This Day: 1st of Month: ___ 2023

Peter SPOREA, 11450 NW 45th Street, Coral Springs, FL 33065…(954) 856 – 1139

**I hereby Certify** that a true and correct copy of the foregoing has been furnished by √ USMail…___Fax/email:
**Office of Collector's Attorney** (to the above address)
Office of Clerk of Court 201 SE 6th Street, Ft. Lauderdale, Florida 33301…(954)

11



PETER SA...
11450 NW 45TH S...
CORAL SPRINGS
FL 33065

USMS INSPECTED
BY _____

REC'D BY _____ D.C.
NOV 20 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

USPS CERTIFIED MAIL®
9507 1066 3786 3318 7108 36

UNITED STATES FEDERAL
DISTRICT COURT
SOUTHERN DISTRICT O...
400 NORTH MIAMI AVE.
MIAMI, FLORIDA 3...